Lee Stein, Bar No. 012368
LStein@perkinscoie.com
Jean-Jacques Cabou, Bar No. 022835
JCabou@perkinscoie.com
Amy Chang, Bar No. 027566
AChang@perkinscoie.com
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ  85012-2788
Telephone:  602.351.8000
Facsimile:  602.648.7000

Attorneys for Defendant
Paul Ben Arredondo

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>   v.<br><br>Paul Ben Arredondo,<br><br>   Defendant. | No. CR-12-1055 PHX FJM<br><br>**DEFENDANT'S UNOPPOSED MOTION TO EXTEND PRETRIAL MOTION DEADLINE AND TIME FOR TRIAL**<br><br>**(SECOND REQUEST)**<br>**DEFENDANT NOT IN CUSTODY** |

Pursuant to Local Rules of Criminal Procedure 12.1(b), 12.3, and 45.1, Defendant Paul Ben Arredondo ("Arredondo") respectfully moves this Court to extend the pretrial motion deadline and time for trial.

1. On May 30, 2012, the Court set a pretrial motion deadline of June 20, 2012, and ordered that trial commence on July 3, 2012. [Dkt. No. 13] On June 11, 2012, after receiving the Government's initial discovery production (which contained over 10,000 pages of documents and over fifty (50) hours of audio and video recordings), Arredondo moved to extend the pretrial motion deadline and time for trial. The Court granted the unopposed motion, extending the pretrial motion deadline to July 20, 2012 and setting trial for September 5, 2012. [Dkt. No. 21]

83270-0001/LEGAL24127181.2

1  2. On June 19, 2012, Arredondo received the Government's second discovery production, which contains almost 20 GB of data (over 145,000 documents). Although these documents were produced in the manner obtained and maintained by the Government, many were produced in a format that cannot be loaded into a reviewing platform and thus cannot be key word searched, tagged, or annotated. In other words, the documents must be reviewed one-by-one, which is an enormously time-consuming process.[1]

3. Defense counsel is still reviewing the initial production and has not begun reviewing the second production.

4. In light of the considerable effort required to review and analyze the discovery and incorporate relevant materials into his defense, Arredondo and his counsel will need additional time to properly engage in motion practice and prepare for trial.

5. On July 11, 2012, defense counsel contacted counsel for the Government, Mr. Battista, Ms. Abrishami, and Mr. Day, regarding the contents of this motion. They authorized undersigned counsel to represent to the Court that they do not object to this motion or the requests contained herein.

6. This is Arredondo's second request for an extension of time.

7. Excludable delay under 18 U.S.C. § 3161(h)(7)(B)(ii) will occur as a result of this motion or of an order based thereon.

WHEREFORE, Arredondo respectfully requests that the Court enter an order extending the pretrial motion deadline to September 26, 2012, and the trial date to December 3, 2012.

---

[1] The Government has discussed with defense counsel various strategies and techniques to expedite the review of the discovery, which defense counsel intends to employ. Nevertheless, defense counsel expects that even with such strategies, the review of discovery will be quite time-consuming.

| | | |
|---|---|---|
| 1 | Dated: July 12, 2012 | PERKINS COIE LLP |

By: <u>s/ Lee Stein</u>
    Lee Stein, Bar No. 012368
    LStein@perkinscoie.com
    Jean-Jacques Cabou, Bar No. 022835
    JCabou@perkinscoie.com
    Amy Chang, Bar No. 027566
    AChang@perkinscoie.com

2901 N. Central Avenue, Suite 2000
Phoenix, AZ  85012-2788
Telephone:  602.351.8000

Attorneys for Defendant
Paul Ben Arredondo

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2012, I electronically transmitted the attached document to the clerk's office using the CM/ECF system for filing and transmittal of a notice of electronic filing to the following CM/ECF registrants:

>M. Kendall Day
>Monique T. Abrishami
>U.S. Department of Justice
>Criminal Division, Public Integrity Section
>1400 New York Avenue NW, 12th Floor
>Washington DC 20005
>
>Frederick A. Battista
>U.S. Attorney's Office
>Two Renaissance Square
>40 North Central Avenue, Suite 1200
>Phoenix, Arizona 85004-4408
>
>*Attorneys for the Plaintiff*

          s/Lisa Mazza

83270-0001/LEGAL24127181.2