**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR 12-01055-PHX-FJM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Paul Ben Arredondo, | ) | |
| Defendant. | ) | |

    The court has before it defendant's Motion to continue the sentencing and to submit 20 letters in his support. (Doc. 40). When the plea was taken on October 5, 2012, sentencing was scheduled for January 22, 2013, more than 3 months later. Defendant asks for an additional month to prepare for sentencing and for more than the one hour allotted to his case. He also asks to be allowed to submit an additional 10 letters in his support beyond the 10 presumptively allowed by General Order 12-24.

    Three and one half months is more than sufficient time to perform the services necessary to be prepared for sentencing. Counsel can gather mitigating evidence, letters and medical evidence within the existing schedule. An additional month will add nothing to the process except unacceptable delay.

    We can accommodate the defendant's request for more than one hour. We believe two hours will be more than adequate, and we will change the day for sentencing to accommodate

1 the additional hour.  We can also allow the additional 10 letters, although counsel should be
2 made aware that the General Order was adopted based on the views of the entire District
3 bench that large numbers of character letters are not very helpful to the sentencing decision.
4 Quality counts for more than quantity.

5   Accordingly, it is ORDERED DENYING defendant's Motion to continue the
6 sentencing for an additional month.  (Doc. 40).  It is further ORDERED GRANTING
7 defendant's request for more time at sentencing.  It is therefore ORDERED RESETTING
8 sentencing from 4:00 PM on January 22, 2013 to 1:30 PM on January 23, 2013.  Two hours
9 will be allowed.  It is further ORDERED GRANTING defendant's Motion to submit up to
10 20 character letters.  Sentencing Memoranda and letters shall be filed no later than January
11 16, 2013.

12   Counsel are encouraged to work promptly with the Probation Department in
13 connection with the preparation of the Presentence Report.  The submission of the Report
14 will not be delayed because of the parties' schedules or failure to comply with Probation's
15 deadlines.

16   DATED this 25th day of October, 2012.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge